UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CORNELL UNIVERSITY, CORNELL BOARD OF TRUSTEES, and STATE UNIVERSITY OF NEW YORK BOARD OF TRUSTEES,<br><br>　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No.<br>3:18-cv-00009<br>(FJS/DEP) |

**PLEASE TAKE NOTICE** that Jonathan B. Fellows, Bond, Schoeneck & King, PLLC, hereby appears on behalf of Defendants Cornell University and Cornell Board of Trustees.

Dated: Syracuse, New York
　　　　March 7, 2018

BOND, SCHOENECK & KING, PLLC

By:＿＿＿*s/Jonathan B. Fellows*＿＿＿＿＿
　　　Jonathan B. Fellows, Esq. (#101628)
One Lincoln Center
Syracuse, New York 13202
Tel.: (315) 218-8000
Fax: (315) 218-8100
*Attorneys for Defendants*
*Cornell University and Cornell Board of Trustees*

TO:　Carlo Alexandre C. de Oliverira
　　　Cooper, Erving Law Firm – Albany
　　　39 North Pearl Street, 4th Floor
　　　Albany, New York 12207
　　　(518) 449-3900
　　　cdeoliveira@coopererving.com
　　　　　　and
　　　Thomas Andrew Newkirk
　　　Newkirk Zwagerman, P.L.C.
　　　521 E. Locust Street, Suite 300
　　　Des Moines, IA 50309
　　　(515) 883-2004
　　　tnewkirk@newkirklaw.com

　　　*Attorneys for Plaintiff*

Aimee M. Cowan, Esq. (516178)
New York State Attorney General – Syracuse Regional Office
Assistant Attorney General
*Attorney for Defendant*
*State University of New York Board of Trustees*
615 Erie Blvd. West, Suite 102
Syracuse, New York  13204
(315) 448-4800
Aimee.cowan@ag.ny.gov