UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN JOHNSON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CORNELL UNIVERSITY and STATE UNIVERSITY OF NEW YORK BOARD OF TRUSTESS.<br><br>　　　Defendants. | Civil Case No. 3:18-cv-00009<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

**COMES NOW**, the undersigned, Jill Zwagerman, and hereby enters her appearance on behalf of the Plaintiff in the above-captioned matter.

　　　Dated: March 19, 2018

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　**NEWKIRK ZWAGERMAN, P.L.C**
　　　　　　　　　　　　　　**(Pro-Hac Vice)**

　　　　　　　　　　　　　*/s/ Thomas Newkirk*
　　　　　　　　　　　　　Thomas Newkirk, AT0005791
　　　　　　　　　　　　　tnewkirk@newkirklaw.com
　　　　　　　　　　　　　521 East Locust Street, Suite 300
　　　　　　　　　　　　　Des Moines, IA 50309
　　　　　　　　　　　　　Ph:(515) 883-2000
　　　　　　　　　　　　　Fax:(515) 883-2004

　　　　　　　　　　　　　*/s/ Jill Zwagerman*
　　　　　　　　　　　　　Jill Zwagerman, AT0000324
　　　　　　　　　　　　　jzwagerman@newkirklaw.com
　　　　　　　　　　　　　521 East Locust Street, Suite 300
　　　　　　　　　　　　　Des Moines, IA 50309
　　　　　　　　　　　　　Ph:(515) 883-2000
　　　　　　　　　　　　　Fax:(515) 883-2004

　　　　　　　　　　　　　AND

　　　　　　　　　　　　**COOPER ERVING & SAVAGE LLP**

　　　　　　　　　　　　　Carlo A. C. de Oliveira
　　　　　　　　　　　　　Bar Roll No.: 516271

Local Counsel for Plaintiffs & Class Members  
39 North Pearl Street, Fourth Floor  
Albany, New York 12207  
Telephone: (518) 449-3900  
Facsimile: (518) 432-3111  
E-mail: cdeoliveira@cooperving.com  

**ATTORNEYS FOR PLAINTIFF**

Original Filed.

Copies to:

Jonathan B. Fellows
Bond Schoeneck & King, PLLC - Syracuse
One Lincoln Center
Syracuse, NY 13202
315-218-8000
Fax: 315-218-8100
Email: jfellows@bsk.com

Aimee M. Cowan
New York State Attorney General
Syracuse Regional Office
615 Erie Boulevard West, Suite 102
Syracuse, NY 13204-2465
315-448-4808
Email: aimee.cowan@ag.ny.gov

**ATTORNEYS FOR DEFENDANTS**